Kay Pawliczak, Montgomery City, MO, pro se.

Jean Kinion, Warrenton, MO, pro se.

BOOKER T. SHAW, Chief Judge.

Claimant Kay Pawliczak appeals from the Labor and Industrial Relations Commission's decision regarding her claim for unemployment benefits. The Division of Employment Security has filed a motion to dismiss the appeal, contending Claimant's notice of appeal is untimely. Claimant has not filed a response to the motion.

The statutes governing unemployment matters provide that any party aggrieved by the Commission's decision must file a notice of appeal to this Court within twenty days of the decision becoming final. Section 288.210, RSMo 2000. Section 288.200.2, RSMo 2000, states that the Commission's decision becomes final "ten days after the date of notification or mailing thereof to the parties." Here, the Commission mailed its decision to Claimant on May 18, 2006. The notice of appeal was due on Monday, June 19, 2006. Sections 288.200.2, 288.210, 288.240, RSMo 2000. The Secretary for the Commission has certified that Claimant's notice of appeal was filed on July 1, 2006, and it is untimely.

The unemployment statutes make no provision for late filing of a notice of appeal. *Phillips v. Clean–Tech*, 34 S.W.3d 854, 855 (Mo.App. E.D.2000). As a result, an untimely notice of appeal deprives this Court of jurisdiction to entertain the appeal. *Arslanovic v. Kirkwood School Dist.*, 185 S.W.3d 810 (Mo.App. E.D.2006). Therefore, when a party's notice of appeal is untimely, this Court's only recourse is to dismiss the appeal.

The Division's motion to dismiss is granted. Claimant's appeal is dismissed for lack of jurisdiction.

GLENN A NORTON and PATRICIA L. COHEN, JJ., Concur.

Donna BUTLER, Claimant/Appellant,

v.

M.W.S. ENTERPRISES, INC., and Division of Employment Security, Respondent.

No. ED 88353.

Missouri Court of Appeals, Eastern District, Division Five.

Aug. 29, 2006.

Enterprises, Inc. A deputy determined that she was not eligible for benefits because her discharge was due to misconduct connected with her work. Claimant sought review by the Appeals Tribunal, which affirmed the deputy's determination. Claimant then filed an application for review with the Commission, which dismissed the application as untimely. Claimant has now appealed to this Court. The Division of Employment Security has filed a motion to dismiss the appeal, contending this Court has no jurisdiction. Claimant has not filed a response to the motion.

■ In unemployment matters, an aggrieved party has thirty (30) days from the mailing of the Appeals Tribunal decision to file an application for review with the Commission. Section 288.200.1, RSMo 2000. Here, the Appeals Tribunal mailed its decision to Claimant on May 9, 2006. Therefore, Claimant's application for review to the Commission was due on June 8, 2006. Section 288.200. Claimant's application for review was received by the Division by fax on June 9, 2006. Her application for review as untimely.

■ The unemployment statutes provide no exceptions to the thirty-day requirement. Failure to file a timely application for review divests the Commission of jurisdiction and it can only dismiss the application for review. *Brown v. MOCAP, Inc.,* 105 S.W.3d 854, 855 (Mo.App. E.D. 2003). In addition, this Court's jurisdiction is derived from that of the Commission, and if it does not have jurisdiction, then neither do we. *Id.; Stogsdill v. BJC Healthcare,* 185 S.W.3d 807, 808 (Mo.App. E.D.2006). Our only recourse is to dismiss the appeal. *Phillips v. Clean–Tech,* 34 S.W.3d 854, 855 (Mo.App. E.D.2000).

Donna Butler, St. Louis, MO, pro se.

M.W.S. Enterprises, INC., St. Louis, pro se.

BOOKER T. SHAW, Chief Judge.

Claimant Donna Butler appeals the decision of the Labor and Industrial Relations Commission (Commission) dismissing her application for review in her unemployment case. We dismiss the appeal.

Claimant filed a claim for unemployment benefits after losing her job with M.S.W.

The Division's motion to dismiss is granted. The appeal is dismissed for lack of jurisdiction.

GLENN A. NORTON, and PATRICIA L. COHEN, JJ. Concur.

**Lisa HARRISON, Claimant/Appellant,**

v.

**Don DARR PONTIAC, INC., and Division of Employment Security, Respondents.**

**No. ED 88437.**

Missouri Court of Appeals, Eastern District, Division Five.

Aug. 29, 2006.

Lisa Harrison, Ellisville, MO, pro se.

Cynthia Ann Quetsch, Jefferson City, MO, for respondent.

BOOKER T. SHAW, C.J.

Lisa Harrison (Claimant) appeals the decision of the Labor and Industrial Relations Commission (Commission) dismissing her application for review regarding her unemployment benefits. We dismiss the appeal.

A deputy of the Division of Employment Security denied Claimant's application for unemployment benefits. Claimant sought review of that decision with the Appeals Tribunal, which also denied unemployment benefits. Claimant then filed an applica-